## Commonwealth *v.* Strohl, Appellant.

Submitted December 4, 1972. *Charles J. Hair,* Assistant Public Defender, for appellant; *Howard R. Miller,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Taggart et al., Appellants.

Argued December 8, 1972. *James M. Moran,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until each defendant has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.